UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TWO DEFENDANT PROPERTIES:
(1) ONE HUNDRED SEVENTY-SEVEN
THOUSAND SIX HUNDRED SIXTY
DOLLARS ($177,660.00) IN UNITED
STATES CURRENCY; and
(2) FORTY-FIVE (45) MONEY ORDERS
IN THE TOTAL AMOUNT OF SIXTEEN
THOUSAND FIVE HUNDRED DOLLARS
($16,500.00),

    Defendants.
_____/

**03-61551**
**CIV-MARRA**
MAGISTRATE JUDGE
SELTZER

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States files this Verified Complaint for Forfeiture In Rem and in support alleges that:

1. This is a civil action for forfeiture In Rem against One Hundred Seventy-Seven Thousand, Six Hundred Sixty Dollars ($177,660.00) In United States currency and Forty Five (45) Money Orders in the total amount of Sixteen Thousand Five Hundred Dollars.

2. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §1345 and 1355.

3. This Court has venue over the defendant properties pursuant to Title 28 U.S.C. §1395(a) and (b).



4. The defendant properties are forfeitable pursuant to Title 21 U.S.C. §881(a)(6) as narcotics proceeds, money, negotiable instruments or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance and/or as narcotics proceeds used or intended to be used to facilitate a violation of 21 U.S.C. §801 et seq.

5. The defendant monies were seized from a safety deposit box owned by Matthew Sanguine.

6. In January of 2003, law enforcement learned that Matthew Sanguine, also known as Matt Strain and **Jason Redinger**, was selling large quantities of marijuana within South Florida. Sanguine utilized the Public Storage facility located at 18450 Northeast 5th Avenue, Miami, Florida to store large quantities of marijuana.

7. On February 25, 2003, Detective Smith, while acting in an undercover capacity, was introduced to Sanguine and Woods. During this consensually recorded meeting Woods stated that he (Woods) and Sanguine had hundreds of pounds of marijuana available for sale. Sanguine explained that he (Sanguine) wanted Woods and Detective Smith to start doing business. Woods told Detective Smith that he and Sanguine have a customer to whom they (Woods and Sanguine) supply 1,000 pounds of marijuana per week. Woods also told Detective Smith the marijuana was stored in a warehouse.

8. On February 26, 2003, Detective Smith began to have a series of consensually recorded phone conversations with Woods. During these conversations, Woods agreed to sell Detective Smith one pound of marijuana. On February 26, 2003 Woods delivered one pound of marijuana to Detective Smith. Detective Smith paid Woods $1,600 in Official Authorized Funds for the purchase of the one pound of marijuana. During this meeting, Woods told Detective Smith

2

that he got the one pound of marijuana from Sanguine and that he had just observed 300 pounds of marijuana which were concealed in a cooler in the back seat of Sanguine's vehicle.

9. Prior to Woods delivering the one pound of marijuana to Detective Smith, Sanguine arrived at this Public Storage facility (18450 Northeast 5th Avenue, Miami, Florida) operating his late model black BMW. Sanguine was observed going to storage unit # C32. Law enforcement was able to observe Sanguine remove from his vehicle a large white cooler, and place the cooler into storage unit # C32. Sanguine was later observed as he entered the office and made payment for unit # C32. Unit # C32 was rented in the name of Matt Strain. An employee of the Public Storage facility stated that Sanguine was the individual who was responsible for using unit # C32.

10. On February 27, 2003, K9 Detective Tim Shields # 1308 of the Fort Lauderdale Police Department conducted a sniff test of the exterior door of storage unit # C32, Detective Shields reported that his K9 partner "Sparky" did in fact give strong alerts to storage unit # C32.

11. On February 27 2003, Detective Smith had a consensually recorded telephone conversation with Woods, during which Woods agreed to deliver fifty (50) pounds to Smith at a price of $1,600 per pound. Shortly thereafter, surveillance agents observed Sanguine arrive at 18450 Northeast 5th Avenue, Miami, FL, unit C#32. As Sanguine opened the storage unit he was approached by law enforcement officers. The storage unit, measuring approximately 5 feet by 10 feet, was open and law enforcement officers observed 6 boxes and a white cooler which appeared to be the same cooler that law enforcement officers had observed Sanguine put in the storage unit the previous day. Law enforcement officers also detected a strong odor of marijuana emanating from the unit.

12. When approached by law enforcement, Sanguine provided them with a false

3

identification in the name of Jason Redinger. Sanguine gave consent to law enforcement officers to search the storage unit. During the search, agents seized approximately one hundred (100) pounds of marijuana.

13. Sanguine also gave consent to law enforcement officers to search his residence located at Apt. 1613, 3300 Northeast 191st, Aventura, FL. The search of Sanguine's apartment revealed:

   a. a lease agreement for the storage unit in the name of Matthew Strain.
   b. bank account and safety deposit lease agreement for box number 00 1519 001421 in the name of Jason Redinger at Bank of America, 18201 NE 19th Avenue, Miami, Florida.
   c. a day planner containing Bank of America and First Union deposit slips of $6000, $6500, $5000 and $23,000 in the months of October and November 2002 .
   d. drug ledgers indicating sales of large amounts of marijuana
   e. safety deposit key to Bank of America safety deposit box

14. While Sanguine was detained, he informed detective Smith that he had, in the past, possessed over $5 million in cash at one time as a result of his drug trafficking activities.

15. A search warrant was obtained for the Bank of America safety deposit box number 00 1519 001421 located at the Bank of America at 18201 Northeast 19th Avenue, Miami, Florida. On March 11, 2003, safety deposit box number 00 1519 001421 was opened , defendant property no. one, $177,660.00 United States Currency, and defendant property no. two $16,500.00 in money orders were found. The money orders were in denominations ranging from $300.00 to $500.00.

16. The Branch Manager of the Bank of America, Randy Brandon, advised law enforcement that Matthew Sanguine had another safety deposit box located at the Bank of America located at 910 SE 17th Street Causeway, Fort Lauderdale, Florida., under the number of  00 1462 006728.

17. Sanguine operates a lucrative, large-scale marijuana distribution that sends marijuana throughout the United States. The marijuana is imported to Arizona from Mexico though Sanguine's contacts in Mexican organized crime.

18. The defendant properties are forfeitable pursuant to Title 21 U.S.C. §881(a)(6) as narcotics proceeds, money, negotiable instruments or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance and/or as narcotics proceeds used or intended to be used to facilitate a violation of 21 U.S.C. §801 et seq.

**WHEREFORE,** the United States of America request that process in due of law according to the procedures of the Court in cases of actions in rem in accordance with provisions of Rule C (3), Supplemental Rules of Certain Admiralty and maritime Claims issue against the defendant properties, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, and that this Court decree the condemnation and forfeiture of the

defendant properties to the United States and that plaintiff have such other and further relief as may be just and proper.

                              Respectively submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY

BY:                         _____
                              WILLIAM H. BECKERLEG, JR.
                              ASSISTANT U.S. ATTORNEY
                              500 E. Broward Blvd., Suite 700
                              Ft. Lauderdale, Florida 33394
                              Tel: (954) 356-7314 ext. 3614
                              Fax: (954) 356-7180
                              Fla Bar No. A550007

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I, Troy Mihok, Special Agent for the Drug Enforcement Administration, have read to foregoing Verified Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

                              _____
                              TROY MIHOK
                              SPECIAL AGENT
                              DRUG ENFORCEMENT ADMINISTRATION

# CIVIL COVER SHEET   03-61551

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS   CIV-MARRA
ONE HUNDRED SEVENTY-SEVEN THOUSAND SIX HUNDRED SIXTY DOLLARS ($177,660.00) IN UNITED STATES CURRENCY; and FORTY-FIVE (45) MONEY ORDERS IN THE TOTAL AMOUNT OF SIXTEEN THOUSAND FIVE HUNDRED DOLLARS ($16,500.00)

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   BROWARD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**MAGISTRATE JUDGE SELTZER**

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
WILLIAM H. BECKERLEG, JR.
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394
(954) 660-5655

ATTORNEYS (IF KNOWN)

Broward 0:03CV 61551 KAM/BSS

(d) CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   **BROWARD**,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B ☒ 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B ☐ 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | B ☒ 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | B ☐ 630 Liquor Laws | | B 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | B ☐ 640 R.R & Truck | A PROPERTY RIGHTS | 460 Deportation |
| 151 Medicare Act | 340 Marine | | B ☐ 650 Airline Regs. | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| B 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | B ☐ 660 Occupational Safety/Health | 830 Patent | 810 Selective Service |
| B 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | ☐ 370 Other Fraud | B ☐ 690 Other | 840 Trademark | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | A LABOR | B SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability | | 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | B ☐ 510 Motions to Vacate Sentence | 740 Railway Labor Act | 864 SSID Title XVI | 894 Energy Allocation Act |
| B 220 Foreclosure | 442 Employment | HABEAS CORPUS: | 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | B ☐ 530 General | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | A ☐ 535 Death Penalty | | A ☐ 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | B ☐ 540 Mandamus & Other | | A ☐ 871 IRS - Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 290 All Other Real Property | | B ☐ 550 Civil Rights | | | |
| | | B ☐ 555 Prison Condition | | | A OR B |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

TITLE 21, UNITED STATES CODE, SECTION 881 (a)(6) - PROCEEDS

LENGTH OF TRIAL
via 3 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE        DOCKET NUMBER

DATE
8-12-3

SIGNATURE OF ATTORNEY OF RECORD
WILLIAM H. BECKERLEG, JR.

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE